UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CASTANA TURNER

       Plaintiff,                        Civil Action No: 15-cv-11968

v.                                      Honorable Bernard A. Friedman
                                          Magistrate Judge Mona Majzoub

SINAI-GRACE HOSPITAL, et al

       Defendants.
_____

| | |
|---|---|
| CASTANA TURNER | SHARON RAE GROSS (P42514) |
| Plaintiff in Pro Per | CHRISTOPHER R. MIKULA (P69661) |
| 28596 Red Leaf Lane | Attorneys for Defendants |
| Southfield, MI 48076 | 34977 Woodward Ave., Suite 300 |
| 313-778-2686 | Birmingham, MI 48009 |
| | (248) 593-6400 |
| | rae.gross@ogletreedeakins.com |
| | christopher.mikula@ogletreedeakins.com |

_____

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Castana Turner and Defendants SINAI-GRACE HOSPITAL, DETROIT MEDICAL CENTER (DMC) et al, by and through its undersigned counsel, that this matter is dismissed with prejudice and without costs, interest or attorney fees to any party.

Civil Action No: 15-cv-11968

**THIS IS A FINAL ORDER WHICH DISPOSES OF ALL CLAIMS IN THE CASE.**

**IT IS SO ORDERED.**

Dated: _ June 14, 2016__          _s/ Bernard A. Friedman_____
                                            U.S. District Court Judge

APPROVED AS TO FORM AND CONTENT:

| | |
|---|---|
| Castana Turner *(w/consent)* | s/S. Rae Gross |
| Castana Turner, Pro Se | S. Rae Gross |
| Dated:5/07/16 | Attorney for Defendants |
| | Dated: 6/13/16 |

24243046.1